RANDY S. GROSSMAN
United States Attorney
JOSEPH S. GREEN (Cal. Bar No. 251169)
GEORGE V. MANAHAN (Cal. Bar No. 239130)
JOSHUA C. MELLOR (Cal. Bar No. 255870)
Assistant United States Attorneys
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6955
Email: joseph.green@usdoj.gov

Attorneys for United States of America


Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:21-CR-0112-JLS |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO DISMISS INDICTMENT |
| STEVEN SAMUEL FICHTELBERG (2), KIRT THOMAS PFAFF (3), BRUCE WALTER GARDNER (4), | Judge: Hon. Josephine L. Staton |
| Defendants. | |

Plaintiff United States of America, by and through its counsel from the United States Attorney's Office for the Southern District of California, Assistant United States Attorneys Joseph S. Green, George V. Manahan, and Joshua C. Mellor, hereby respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss, without prejudice, the Indictment against STEVEN SAMUEL FICHTELBERG, KIRT THOMAS PFAFF, and BRUCE WALTER GARDNER as they have reached Nonprosecution Agreements with the United States.

```
Dated: July 29, 2022            Respectfully submitted,

                                RANDY S. GROSSMAN
                                United States Attorney


                                /s/ Joshua C. Mellor
                                JOSEPH S. GREEN
                                GEORGE V. MANAHAN
                                JOSHUA C. MELLOR
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA
```